IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERRICK BENJAMIN,

    Plaintiff,               No. 2:12-cv-0392-WBS-KJN-P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

    Defendants.          <u>ORDER</u>

                      /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On April 12, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed April 12, 2013, are adopted in full.

2.  Defendants' motion to declare plaintiff a "three-strikes" litigant pursuant to 28 U.S.C. § 1915(g) (ECF No. 18) is denied.

3.  Plaintiff's motion for entry of default and default judgment (ECF No. 24) is denied.

4.  Plaintiff's motion for summary judgment (ECF No. 26) is denied without prejudice.

5.  Plaintiff shall file a new application to proceed in forma pauperis, specific to non-prisoners, within 30 days from service of this order.

6.  The operative complaint (ECF No. 1) is dismissed and plaintiff is granted 30 days from service of this order to file and serve an amended complaint that meets the requirements set forth in the findings and recommendations.

7.  The Clerk of Court shall send plaintiff, along with this order, a blank Application to Proceed without Prepayment of Fees and Affidavit, used in non-prisoner cases.

DATED:   May 24, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/benj0392.801.36