UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK BENJAMIN, | No. 2:12-cv-0392-WBS-KJN-P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

By order filed May 28, 2013, plaintiff's complaint was dismissed, and the court granted plaintiff leave to file an amended complaint, together with an application to proceed in forma pauperis, within thirty days after service of the court's order. (ECF No. 37.) After more than thirty days passed, and plaintiff had not filed either document, or otherwise responded to the court's order, on July 22, 2013, the magistrate judge filed findings and recommendations herein recommending that defendants' motion to dismiss (ECF No. 38) be granted and that this action be dismissed. The findings and recommendations were served on all parties and contained notice to all parties that any objections to the findings and recommendations were to be filed within

1

fourteen days.  Neither party has filed objections to the findings and recommendations.  It appearing that plaintiff chooses not to file an amended complaint and therefore no longer wishes to pursue this action, IT IS HEREBY ORDERED that:

    1.  Defendants' motion to dismiss (ECF No. 38) is granted; and

    2.  This action is dismissed WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b).

Dated:  August 28, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE